UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
HOLLY MARIE MALZAHN AND FREDERICK CHARLES :
MALZAHN, KATHLEEN ADELE AILEY, SUZANNE AYER,
DONNA FAY BISCHE, JACQUELINE BRULEE, MARY LOU :
DOEPPENSCHMIDT, FERNANDO I. DOMINGUEZ AND
MARY O. DOMINGUEZ, FREDERIC B. EISENBERG AND :
PATRICIA EISENBERG, BERT L. HEAD AND CHERYL
HEAD, CONNIE KLEIN AND BRUCE A. KLEIN, SUZAN M. :
LAMAR AND GARY PHILLIP LAMAR, PATTI J. LUEBBERT
AND DENNIS C. LUEBBERT, SR., JUDITH L. MOON AND :
BILLY D. MOON, PEGGY MOON, VICKIE SCHULTZ-CROW
AND LESTER DON CROW, DOROTHY STEWARD, SYLVIA :
B. THOMASON AND THERESA A. WAYMIRE,
:
    Plaintiffs.
:
v.
: Civil Action
: No. 04-11428-GAO
INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON :
PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, :
INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.; PATTI A. BARKER; GARY A. :
JONES; KENNETH E. JONES; JOHN W. WALKER; KEITH
CUNNIFF; JOHN E. MITCHELL; SUSAN K. ATHERTON; :
KEITH H. KRAPS; M. GILBERTO OLIVAREZ; ANGELA M.
JOHNSON; RAFAEL SANCHEZ; JILL M. HICKS; SUSAN G. :
HANOVER; JOSEPH HARTNETT; JAMES J. SGROI, JR.;
TODD E. MEREDITH; KARI PLASCHKE SCOTT; CRAIG S.
ENGLERT; MITCHELL J. HANNING; MONICA T. GUYLAS; :
ROBERT L. MCCANN; TIMOTHY S. SMITH; EVANGELIN
ZELIOS; J. DON PRESTON; DANIEL B. BURKE; MINDY N. :
FEY, A. DURWOOD NEIE; RODNEY L. SCOTT; D. CRAIG
MCINTYRE; BARBARA ST. GEORGE; MADELINE
ANDRESS; ANDREW B. BIAGGI; AND FRANCHESCA V.
WILLIAMS,
:
    Defendants.
---------------------------------- x

## **NOTICE OF APPEARANCE**

    Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: July 13, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>  Boehringer Ingelheim Pharmaceuticals, Inc |