UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

HOLLY MARIE MALZAHN AND FREDERICK CHARLES MALZAHN, KATHLEEN ADELE AILEY, SUZANNE AYER, DONNA FAY BISCHE, JACQUELINE BRULEE, MARY LOU DOEPPENSCHMIDT, FERNANDO I. DOMINGUEZ AND MARY O. DOMINGUEZ, FREDERIC B. EISENBERG AND PATRICIA EISENBERG, BERT L. HEAD AND CHERYL HEAD, CONNIE KLEIN AND BRUCE A. KLEIN, SUZAN M. LAMAR AND GARY PHILLIP LAMAR, PATTI J. LUEBBERT AND DENNIS C. LUEBBERT, SR., JUDITH L. MOON AND BILLY D. MOON, PEGGY MOON, VICKIE SCHULTZ-CROW AND LESTER DON CROW, DOROTHY STEWARD, SYLVIA B. THOMASON AND THERESA A. WAYMIRE,

 Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; PATTI A. BARKER; GARY A. JONES; KENNETH E. JONES; JOHN W. WALKER; KEITH CUNNIFF; JOHN E. MITCHELL; SUSAN K. ATHERTON; KEITH H. KRAPS; M. GILBERTO OLIVAREZ; ANGELA M. JOHNSON; RAFAEL SANCHEZ; JILL M. HICKS; SUSAN G. HANOVER; JOSEPH HARTNETT; JAMES J. SGROI, JR.; TODD E. MEREDITH; KARI PLASCHKE SCOTT; CRAIG S. ENGLERT; MITCHELL J. HANNING; MONICA T. GUYLAS; ROBERT L. MCCANN; TIMOTHY S. SMITH; EVANGELIN ZELIOS; J. DON PRESTON; DANIEL B. BURKE; MINDY N. FEY, A. DURWOOD NEIE; RODNEY L. SCOTT; D. CRAIG MCINTYRE; BARBARA ST. GEORGE; MADELINE ANDRESS; ANDREW B. BIAGGI; AND FRANCHESCA V. WILLIAMS,

 Defendants.

---

Civil Action
No. 04-11428-GAO

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: July 13, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Boehringer Ingelheim Pharmaceuticals, Inc.