# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE COMMONWEALTH OF MASSACHUSETTS

FILED

2004 JUL -8 P 4 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Malzahn, et al.          :
        Plaintiffs,      :
                 :
                 :      Civil Action No.:
v.                   :      04-11428-GAO
                 :
                 :
                 :
Indevus Pharmaceuticals, et al   :
        Defendant.      :

## MOTION FOR ADMISSION PRO HAC VICE

NOW COME the Plaintiffs, Malzahn, et al ("Plaintiffs"), through their attorneys, David C. Strouss and Marilyn T. McGoldrick of Thornton & Naumes and Amy M. Carter and Ellen A Presby of Baron & Budd and respectfully request that Amy M. Carter be admitted *pro hac vice* to practice before the United States District Court for the District of Massachusetts for the purpose of this case only. In support of this motion, Plaintiffs submit the attached Affidavit of David C. Strouss and further states as follows:

1. Amy M. Carter is an attorney of the State of Texas and was admitted to the State Bar of Texas in 1998;

2. Amy M. Carter is a member of the bar in good standing in every jurisdiction where she has been admitted to practice;

3. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and

4. Amy M. Carter is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:  July 6, 2004

Respectfully submitted,
Plaintiffs, Linda Marlene Johnson, et al.
By their Attorneys,
THORNTON & NAUMES, LLP

DAVID C. STROUSS, ESQUIRE (BBO#546253)
MARILYN T. McGOLDRICK, ESQUIRE (BBO#561766)
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617)720-1333

**AND**

BARON & BUDD

ELLEN A. PRESBY, ESQUIRE (TX#16249600)
AMY M. CARTER, ESQUIRE (TX#24004580)
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon , the attorney of record for each other party by mail on this _6th_ day of _July_ 2004.

DAVID C. STROUSS, Esq.(BBO#546253)
THORNTON & NAUMES, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617)720-1333

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE
COMMONWEALTH OF MASSACHUSETTS

2004 JUL -8 P 4 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

Malzahn, et al. Plaintiffs,

          :

Civil Action No.:
04-11428-GAO

v.

Inde    harmaceuticals, et al
    Defendant.

## AFFIDAVIT OF DAVID C. STROUSS

David C. Strouss, being duly sworn, deposes and states:

1. That I am an attorney duly admitted to practice in the Commonwealth of Massachusetts. I make this Affidavit in support of the Motion for Admission of Counsel *Pro Hac Vice;*

2. That I am a partner at the law firm of Thornton & Naumes, LLP with offices located at 100 Summer Street, Boston, Massachusetts, 02110;

3. That I respectfully request that this Court allow Amy M. Carter to be admitted *pro hac vice* in this case;

4. That Amy M. Carter is a member in good standing of the bar of the State of Texas since 1998;

5. That Amy M. Carter is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

6. That it is my strong belief that Amy M. Carter is of a good moral character and is not currently under any order of disbarment, suspension or any other disciplinary action.

WHEREFORE, I respectfully request that Amy M. Carter be permitted to appear as an attorney *pro hac vice* on behalf of Plaintiffs in the above-captioned matter in this case.

THORNTON & NAUMES, LLP


DAVID C. STROUSS, ESQUIRE (BBO#546253)
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333


Sworn and subscribed before me
this/0th day of July    , 2004


NOTARY PUBLIC
Joan F. Siluio