UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HOLLY MARIE MALZAHN AND FREDERICK CHARLES MALZAHN, KATHLEEN ADELE AILEY, SUZANNE AYER, DONNA FAY BISCHE, JACQUELINE BRULEE, MARY LOU DOEPPENSCHMIDT, FERNANDO I. DOMINGUEZ AND MARY O. DOMINGUEZ, FREDERIC B. EISENBERG AND PATRICIA EISENBERG, BERT L. HEAD AND CHERYL HEAD, CONNIE KLEIN AND BRUCE A. KLEIN, SUZAN M. LAMAR AND GARY PHILLIP LAMAR, PATTI J. LUEBBERT AND DENNIS C. LUEBBERT, SR., JUDITH L. MOON AND BILLY D. MOON, PEGGY MOON, VICKIE SCHULTZ-CROW AND LESTER DON CROW, DOROTHY STEWARD, SYLVIA B. THOMASON AND THERESA A. WAYMIRE,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.; PATTI A. BARKER; GARY A. JONES; KENNETH E. JONES; JOHN W. WALKER; KEITH CUNNIFF; JOHN E. MITCHELL; SUSAN K. ATHERTON; KEITH H. KRAPS; M. GILBERTO OLIVAREZ; ANGELA M. JOHNSON; RAFAEL SANCHEZ; JILL M. HICKS; SUSAN G. HANOVER; JOSEPH HARTNETT; JAMES J. SGROI, JR.; TODD E. MEREDITH; KARI PLASCHKE SCOTT; CRAIG S. ENGLERT; MITCHELL J. HANNING; MONICA T. GUYLAS; ROBERT L. MCCANN; TIMOTHY S. SMITH; EVANGELIN ZELIOS; J. DON PRESTON; DANIEL B. BURKE; MINDY N. FEY, A. DURWOOD NEIE; RODNEY L. SCOTT; D. CRAIG MCINTYRE; BARBARA ST. GEORGE; MADELINE ANDRESS; ANDREW B. BIAGGI; AND FRANCHESCA V. WILLIAMS,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11428-GAO

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated: July 29, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |