UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HOLLY MARIE MALZAHN AND FREDERICK CHARLES         :
MALZAHN, KATHLEEN ADELE AILEY, SUZANNE AYER,
DONNA FAY BISCHE, JACQUELINE BRULEE, MARY LOU     :
DOEPPENSCHMIDT, FERNANDO I. DOMINGUEZ AND
MARY O. DOMINGUEZ, FREDERIC B. EISENBERG AND      :
PATRICIA EISENBERG, BERT L. HEAD AND CHERYL
HEAD, CONNIE KLEIN AND BRUCE A. KLEIN, SUZAN M.   :
LAMAR AND GARY PHILLIP LAMAR, PATTI J. LUEBBERT
AND DENNIS C. LUEBBERT, SR., JUDITH L. MOON AND   :
BILLY D. MOON, PEGGY MOON, VICKIE SCHULTZ-CROW
AND LESTER DON CROW, DOROTHY STEWARD, SYLVIA      :
B. THOMASON AND THERESA A. WAYMIRE,
                                                  :
        Plaintiffs,                               :   Civil Action
v.                                                :   No. 04-11428-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON  :
PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME                  :
PRODUCTS CORPORATION; WYETH PHARMACEUTICALS,
INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A   :
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER INGELHEIM             :
PHARMACEUTICALS, INC.; PATTI A. BARKER; GARY A.
JONES; KENNETH E. JONES; JOHN W. WALKER; KEITH    :
CUNNIFF; JOHN E. MITCHELL; SUSAN K. ATHERTON;
KEITH H. KRAPS; M. GILBERTO OLIVAREZ; ANGELA M.   :
JOHNSON; RAFAEL SANCHEZ; JILL M. HICKS; SUSAN G.
HANOVER; JOSEPH HARTNETT; JAMES J. SGROI, JR.;    :
TODD E. MEREDITH; KARI PLASCHKE SCOTT; CRAIG S.
ENGLERT; MITCHELL J. HANNING; MONICA T. GUYLAS;   :
ROBERT L. MCCANN; TIMOTHY S. SMITH; EVANGELIN
ZELIOS; J. DON PRESTON; DANIEL B. BURKE; MINDY N. :
FEY, A. DURWOOD NEIE; RODNEY L. SCOTT; D. CRAIG
MCINTYRE; BARBARA ST. GEORGE; MADELINE            :
ANDRESS; ANDREW B. BIAGGI; AND FRANCHESCA V.
WILLIAMS,                                         :
                                                  :
        Defendants.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
<u>OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: July 29, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |